IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RAY JEFFERSON CROMARTIE, : | |
| : | |
| Petitioner, : | |
| : | |
| VS. : | |
| : | CIVIL ACTION NO. 7:14-CV-39 (MTT) |
| WARDEN, GEORGIA DIAGNOSTIC : | |
| AND CLASSIFICATION PRISON, : | |
| : | |
| Respondent. : | |

**ORDER**

Petitioner **RAY JEFERSON CROMARTIE**, an inmate on death row at the Georgia Diagnostic and Classification Prison in Jackson, Georgia, has filed a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1).

**IT IS HEREBY ORDERED** that, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts (hereinafter "Rule 5"), Respondent file an answer in writing to the allegations of the petition.  This answer is to be filed with the Clerk of this Court within 45 days after service of this Order.

This answer is to conform to the Rules Governing Section 2254 Cases in the United States District Courts and, specifically, in accordance with Rule 5, "[t]he answer must address the allegations in the petition.  In addition, it must state whether any claim in the petition is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations." Additionally, the answer is to include the records required by Rule 5 (c)-(d).

Pursuant to the memorandum of understanding with the Attorney General of the State of Georgia, a copy of the habeas petition and a copy of this Order shall be

automatically served on the Attorney General electronically through CM/ECF.   A copy of the habeas petition and a copy of this Order shall be served by the Clerk by U. S. mail upon Respondent.

    **SO ORDERED**, this 24th day of March, 2014.


                            <u>S/ Marc T. Treadwell</u>
                            MARC T. TREADWELL, JUDGE
                            UNITED STATES DISTRICT COURT